In the Matter of the Claim of RAYMOND MILLER, Respondent, against LISK MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. The court holds that the exclusion of evidence was not such error as to justify a reversal of the award. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to remit the claim because of the improper exclusion of evidence.

In the Matter of the Claim of EDITH T. HORTON, Respondent, against GEORGE F. DEMEREE & SON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents and votes to reverse the award and to dismiss the claim.

In the Matter of the Claim of HERMAN WYLD, Respondent, against THE AUTO-CAR SALES AND SERVICE CORPORATION and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of HYMAN GREENSPAN, Respondent, against JUDA BLEICHFELD and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.‡— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur; McNamee, J., dissents, and votes to reverse the award and to dismiss the claim, on the ground that the claimant was an independent contractor.

In the Matter of the Claim of ARTHUR JOSEPH ALLCROFT, Respondent, against JENNIE HARKAVY and Others, Individually and as Executors, etc., of HYMAN HARKAVY, Deceased, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MATHILDE HEINDL, Respondent, against TRISTER CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P.`J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of GEORGE WASHINGTON BARNARD, Respondent, against HAFF SUPPLY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of IDA M. BARRETT, as Executrix of EMMA SMITH, Deceased, Respondent, against J. LESTER BURNETT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.§— Award reversed and claim remitted to the State Industrial Board with directions to deduct from the award as made eight dollars and sixty-six cents, the amount paid by the insurance carrier for death benefits. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents and votes to reverse.

In the Matter of the Claim of TERESA VITTO, Respondent, against VACCHINE BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

* Affd., 264 N. Y. ——.　　|† Affd., 262 N. Y. 658.　　‡ Affd., 262 N. Y. 674.
§ Affd., 262 N. Y. 670.